IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JOSHUA F. CURREY,

    Plaintiff,

v.                                  Civil Action No. 2:18-CV-9
                                    Judge Bailey

LOWES HOME CENTERS, LLC,

    Defendant.

## AGREED DISMISSAL ORDER

On this day came the parties and represented to the Court that all matters in this controversy between them have been resolved and compromised and jointly moved the Court for an Order dismissing all claims in this action, with prejudice, each side to bear its own costs.

Accordingly, it is hereby **ORDERED** that this action be and hereby is dismissed, with prejudice, as having been fully settled, compromised, and adjusted, each side to bear its own costs.

The Clerk of the Court is directed to send certified copies of this Order to the parties of record.

Entered this 11th day of January, 2019.

John Preston Bailey
United States District Judge

1

Respectfully submitted,

/s/ Sarah E. Kowalkowski
Eric W. Iskra (WV State Bar # 6611)
Sarah E. Kowalkowski (WV State Bar # 13007)
Attorneys for Lowe's Home Centers, LLC
Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard, East
Charleston, WV  25301
304.340.3800 | 304.340.3801 (*facsimile*)
eiskra@spilmanlaw.com
skowalkowski@spilmanlaw.com

and

/s/ Todd S. Bailess
Todd S. Bailess (WV State Bar # 10482)
Rodney A. Smith (WV State Bar # 9750)
Michael P. Addair (WV State Bar # 10561)
Attorneys for Plaintiff Joshua F. Currey
Bailess Smith PLLC
120 Capitol Street
Charleston, WV  25301
304.342.0550 | 304.344.5529 (*facsimile*)
tbailess@bailesssmith.com
rsmith@bailesssmith.com
maddair@bailesssmith.com